618

OPINION PER CURIAM, December 20, 1971:

The order of this Court heretofore entered on August 9, 1971, granting appellants' petition for allowance of appeal is vacated as improvidently granted.

Mr. Chief Justice BELL and Mr. Justice BARBIERI took no part in the consideration or decision of this case.

Commonwealth *v.* Scott, Appellant.

Submitted May 25, 1971. Before BELL, C. J., JONES, EAGEN, O'BRIEN, ROBERTS, POMEROY and BARBIERI, JJ.

*Arthur K. Dils,* Assistant Public Defender, for appellant.

*Marion E. MacIntyre,* Deputy District Attorney, and *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, December 20, 1971:

Judgment affirmed.